IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NIJEE ARRASHEED**                                                                                           **PLAINTIFF**

v.                                       **CASE NO. 4:23-CV-00380-BSM**

**HEASTIS, et al.**                                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 12th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE